IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ERIC HOLMES, | § | |
| | § | No. 267, 2014 |
| Defendant Below- | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | No. 1210019908 |
| | § | |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: January 28, 2015
Decided: January 29, 2015

Before **STRINE**, Chief Justice, **HOLLAND**, and **RIDGELY**, Justices.

*O R D E R*

On this 29th day of January 2015, after careful consideration of the parties' briefs and the record below, we find that the Superior Court's ruling denying the Appellant's motion for acquittal should be affirmed. The State offered sufficient evidence so that a rational trier of fact, viewing the evidence in the light most favorable to the State, could have found that the Appellant knowingly possessed a firearm in violation of 11 *Del. C.* § 1448[1] beyond a reasonable doubt.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is **AFFIRMED**.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice

---

[1] 11 *Del. C.* § 1448.